# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MIGUEL BALMACEDA-VASQUEZ

Criminal Complaint

CASE NUMBER: 06- 153M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __December 19, 2006__ in __New Castle__ County, in the District of Delaware, defendant committed the offense of re-entry after deportation, in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am a(n) __Special Agent, United States Immigration and Customs Enforcement__ and that this
Official Title
complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:    Yes.

_____
Signature of Complainant
Michael Deshaies
Special Agent, United States Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

December 19, 2006                                          at   Wilmington, DE
Date                                                            City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                             _____
Name & Title of Judicial Officer                           Signature of Judicial Officer

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael J. Deshaies, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement ("ICE"), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when the Immigration & Naturalization Service ("INS") employed me. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based upon information provided by INS/ICE records, National Crime Information Center ("NCIC") records, Federal Bureau of Investigation ("FBI") records, and my own observations and interviews.

3. On or about December 15, 2006, the ICE/RAC Wilmington office received notification from the Howard Young Correctional Institution in Wilmington, DE that a possible illegal alien was incarcerated at the facility. ICE database and NCIC record checks were conducted that indicated the subject, Miguel BALMACEDA-Vasquez, was a possible illegal alien from Mexico.

4. On December 19, 2006 subject Miguel BALMACEDA-Vasquez was released to the custody of the U.S. Department of Homeland Security Detention and Removal officers and transported to the Dover, DE ICE office.

5. On December 19, 2006, your affiant interviewed Miguel BALMACEDA-Vasquez at the ICE office in Dover, Delaware. Once advised, in Spanish, of his rights pursuant to *Miranda v. Arizona*, Miguel BALMACEDA-Vasquez signed a written waiver of his rights and agreed to speak with your affiant. The subject stated that his true and correct name is Miguel BALMACEDA-Vasquez, that he was born on a particular date in 1974 in Mexico and that he is a citizen of Mexico. He further stated that he that he was previously removed from the United States in May of 2004, and that he last entered into the United States illegally without inspection or parole by an immigration officer and without permission from any authorized government official on or about June 1, 2005 near Nogales, Arizona. Your affiant took a sworn statement from Miguel BALMACEDA-Vasquez on December 19, 2006, in which he admitted the information provided in this paragraph.

6. Your affiant has reviewed INS/ICE alien database records and alien file A26 464 697, which indicate Miguel BALMACEDA-Vasquez, born on a particular date in 1974 in Mexico, was removed from the United States to Mexico on May 11, 2004.

7. Your affiant queried the subject's fingerprints in an automated system. The results of that query showed that Miguel BALMACEDA-Vasquez was deported on the occasion cited above. The FBI database found that the fingerprints submitted matched FBI#619741JB3 with the name on record of Oscer PEREZ a/k/a Miguel BALMACEDA-Vasquez.

WHEREFORE, your affiant avers that there is probable cause to believe that Miguel BALMACEDA-Vasquez, a citizen and national of Mexico, was removed by the INS to Mexico on May 11, 2004, and prior to his reembarkation at a place outside the United States, neither the Undersecretary for Border and Transportation Security, Department of Homeland Security nor the Attorney General of the United States had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(a).

WHEREFORE, your affiant prays that this Court issue a criminal complaint for Miguel ALMACEDA-Vasquez.

Your affiant, having signed this Affidavit under oath as to all assertions and allegations contained herein, states that its contents are true and correct to the best of his knowledge, information and belief.

_____
Michael J. Deshaies
Special Agent
United States ~~Secret Service~~ Immigration a Customs Service

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 14 DAY
OF December, 2006.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE